**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Raymond Denczak,** | ) | **CASE NO. 1:04 CV 2506** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Ford Motor Co.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendant.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendant's Motion for Summary Judgment (Doc. 17), hereby enters judgment for defendant.

IT IS SO ORDERED.

                                           /s/ Patricia A. Gaughan
                                           PATRICIA A. GAUGHAN
                                           United States District Judge

Dated: 12/13/05